United States Bankruptcy Court
District of Oregon

Fromm,
    Plaintiff

Adv. Proc. No. 23-03050-thp

Educational Credit Management Corporatio,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0979-3 | User: Admin. | Page 1 of 1 |
| Date Rcvd: Oct 10, 2023 | Form ID: NOHITP | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion18.pl.ecf@usdoj.gov | Oct 11 2023 03:25:00 | US Trustee, Portland, 1220 SW 3rd Ave., Rm. 315, Portland, OR 97204-2829 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023      Signature:      /s/Gustava Winters

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 10, 2023

Clerk, U.S. Bankruptcy Court

BY **bls** DEPUTY

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re )
**Sara Elizabeth Fromm** ) Case No. 22–30518–thp7
    Debtor(s) )
)
**Sara Elizabeth Fromm** ) Adv. Proc. No. 23–03050–thp
    Plaintiff(s) )
)
v. )
)
**Educational Credit Management Corporation** )
) NOTICE OF
    Defendant(s) ) TELEPHONE HEARING
)

**NOTICE IS GIVEN THAT:**

1. A **TELEPHONE HEARING,** at which testimony will not be received, **WILL BE HELD** as follows:

   **DATE:** 1/18/24    **TIME:** 10:30 AM    **RE:** a Continued PRETRIAL

   **Call in Number: (888) 684–8852    Access Code: 4950985**

2. Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326–1500 or (541) 431–4000.]

   YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684–3763 or toll–free in Oregon at (800) 452–7636.

## TELEPHONE HEARING REQUIREMENTS

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

  a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

  b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

  c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

  d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

  e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

  f. Whenever speaking, first identify yourself.

  g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court